**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-01445-RBJ-GPG

RMR INDUSTRIALS, INC., a Nevada Corporation,

      Plaintiff,

v.

GARFIELD COUNTY, COLORADO; and THE GARFIELD COUNTY BOARD OF COUNTY COMMISSIONERS, JOHN MARTIN, TOM JANKOVSKY, and MIKE SAMSON, in their official capacities,

      Defendants.

**ENTRY OF APPEARANCE**

Kathleen K. Custer of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Defendants, Garfield County, Colorado, the Garfield County Board of Commissioners, John Martin, Tom Jankovsky and Mike Samson (collectively "Defendants").

| | |
|---|---|
| Date: July 22, 2019 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br><br>By: */s/ Kathleen K. Custer*<br>    Timothy R. Macdonald<br>    Kathleen K. Custer<br>    370 Seventeenth Street, Suite 4400<br>    Denver, CO 80202-1370<br>    Telephone: (303) 863-1000<br>    Fax: (303) 832-0428<br>    timothy.macdonald@arnoldporter.com<br>    katie.custer@arnoldporter.com<br><br>*Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2019, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

David McConaughy - dmcconaughy@garfieldhecht.com
Christopher Bryan - cbryan@garfieldhecht.com
Bailey Calhoun - bcalhoun@garfieldhecht.com

*Attorneys for Plaintiff*

*/s/ Kathleen K. Custer by Tanya D. Huffaker*