**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-01445-RBJ-GPG

RMR INDUSTRIALS, INC., a Nevada Corporation,

       Plaintiff,

   v.

GARFIELD COUNTY, COLORADO; and THE GARFIELD COUNTY BOARD OF COUNTY
COMMISSIONERS, JOHN MARTIN, TOM JANKOVSKY, and MIKE SAMSON, in their
official capacities,

       Defendants.

---

### UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE

---

Garfield County, Colorado, the Garfield County Board of County Commissioners, and

John Martin, Tom Jankovsky, and Mike Samson in their official capacities (collectively, the

"County" or "Defendants"), request that the Court vacate the September 3, 2019 Scheduling

Conference pending resolution of Defendants' Motion to Dismiss or Stay (ECF No. 25, the

"Motion to Dismiss").  Plaintiff RMR Industrials, Inc. ("RMR" or "Plaintiff") does not oppose

this Motion.

The Court has discretion to vacate the scheduling conference and stay further proceedings

pending decision on the Motion to Dismiss.  *See Reality Tech., Inc. v. Countertrade Prods., Inc.*,

No. 10-CV-01791, 2010 WL 5246569, at *1 (D. Colo. Dec. 16, 2010) (granting motion to stay

and vacating scheduling conference pending decision on motion to dismiss asserting abstention)

(citing *String Cheese Incident, LLC v. Stylus Shows, Inc.*, No. 1:02-CV-01934-LTB-PA, 2006

WL 894955, at *2 (D. Colo. Mar. 30, 2006) and 8 Charles Alan Wright et al., *Federal Practice & Procedure* § 2040, at 521-22 (2d ed. 1994) ("[W]hen one issue may be determinative of a case, the court has discretion to stay discovery on other issues until the critical issue has been decided."). When deciding whether to vacate or stay proceedings, the Court weighs several factors, including whether there is any prejudice to plaintiff and balancing "the plaintiff's desire to proceed expeditiously with its case against the burden on Defendants of going forward in this case when a parallel case is proceeding in state court." *Id.* at *1 (citation omitted). "The Court also considers its own convenience, the interests of nonparties, and the public interest in general." *Id.* (citation omitted). These factors weigh in favor of vacating the scheduling conference and staying discovery, particularly where, as here, Defendants seek dismissal on abstention grounds. *See id.*

In addition, Plaintiff has consented to vacating the scheduling conference. "Therefore, any prejudice to Plaintiff['s] ability to proceed expeditiously with this case does not weigh heavily in the court's analysis." *Ankeney v. State*, No. 14-CV-00007-MSK-KMT, 2014 WL 1363940 at *2 (D. Colo. Apr. 7, 2014). Further, given the possibility that this Court may stay or dismiss this case based on abstention, "Defendants' burden in going forward outweighs Plaintiff's desire to proceed at this stage of the litigation." *Reality Tech., Inc.*, 2010 WL 5246569 at *1 ("the imposition of a stay pending the decision on dispositive motions that would fully resolve the case furthers the ends of economy and efficiency, since if [the motions are] granted, there will be no need for discovery.") (alteration in original, citation and quotation omitted).

Vacating the scheduling conference and staying discovery also best preserves judicial resources and furthers the purposes that underlie the abstention doctrines articulated in *Younger v. Harris*, 401 U.S. 37 (1971) ("*Younger*") and *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976) ("*Colorado River*").

In light of the above, Defendants respectfully request the Court vacate the scheduling conference and stay any further proceedings until the Court rules on the Motion to Dismiss.

Date:  July 29, 2019                **Respectfully submitted,**

                           **ARNOLD & PORTER KAYE SCHOLER LLP**

                           By:  /s/ Timothy R. Macdonald
                               Timothy R. Macdonald
                               Kathleen K. Custer
                               370 Seventeenth Street, Suite 4400
                               Denver, CO 80202-1370
                               Telephone: (303) 863-1000
                               Fax: (303) 832-0428
                               timothy.macdonald@arnoldporter.com
                               katie.custer@arnoldporter.com

                               *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing **UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

David McConaughy - dmcconaughy@garfieldhecht.com
Christopher Bryan - cbryan@garfieldhecht.com
Bailey Calhoun - bcalhoun@garfieldhecht.com

*Attorneys for Plaintiff*

*/s/ Timothy R. Macdonald by Tanya D. Huffaker*