**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01445

RMR INDUSTRIALS, INC.,

    Plaintiff,

v.

GARFIELD COUNTY, COLORADO; and THE GARFIELD COUNTY BOARD OF COUNTY COMMISSIONERS, JOHN MARTIN, TOM JANKOVSKY, and MIKE SAMSON, in their official capacities.

    Defendants.

**NOTICE OF WITHDRAWAL OF BAILEY A. CALHOUN**

To the clerk of court and all parties of record:

Pursuant to D.C.COLO.LAttyR 5(b), please take notice that Bailey A. Calhoun who previously entered her appearance in the above referenced civil action on behalf of Plaintiff RMR Industrials, Inc. ("Plaintiff"), hereby withdraws as an attorney of record for Plaintiff. As of July 29, 2019, Ms. Calhoun is no longer associated with Garfield & Hecht, P.C. She therefore will no longer require notification and service at Garfield & Hecht, P.C. in this case. Plaintiff continues to be represented in this matter by David H. McConaughy and Christopher D. Bryan.

| | |
|---|---|
| Date: August 5, 2019. | Respectfully submitted, |
| | GARFIELD & HECHT, P.C. |
| | *s/ David H. McConaughy*<br>David H. McConaughy<br>901 Grand Avenue, Suite 201<br>Glenwood Springs, Colorado 81601 |

1

                              Telephone: (970) 947-1936
                              E-mail: dmcconaughy@garfieldhecht.com

                              *s/ Christopher D. Bryan*
                              Christopher D. Bryan
                              625 East Hyman Avenue, Suite 201
                              Aspen, Colorado 81611
                              Telephone: (970) 925-1936
                              E-mail: cbryan@garfieldhecht.com
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF BAILEY A. CALHOUN** was filed with the Court and served via CM/ECF upon the following:

Timothy R. Macdonald
Kathleen K. Custer
ARNOLD & PORTER KAYE SCHOLER LLP
370 Seventeenth Street, Suite 4400
Denver, Colorado 80202-1000

                              *s/Rebekah Ortell*
                              Rebekah Ortell